JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VERNON D. CARROLL, SR.,** | NO. CV 09-2425-CJC(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: May 7, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE